UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STANLEY T. WILSON, | ) | NO. CV 09-1642 AHM (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JOHN MARSHALL, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 13, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6